IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12cv812 |
| JOBCO PLUMBING, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge John Anderson dated October 31, 2012 recommending entry of default against Defendant Jobco Plumbing, Inc. The Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. It is hereby,

ORDERED that judgment is entered against Defendant Jobco Plumbing, Inc. in the amount of $38,056.35.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

/s/
Liam O'Grady
United States District Judge

November 19, 2012
Alexandria, Virginia